B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vision Point of Sale, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4015364** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2260 Ridge Drive**<br>**Glenview, IL**<br>ZIP Code **60025** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Vision Point of Sale, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vision Point of Sale, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**October 26, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Frank Muscarello**
Signature of Authorized Individual

**Frank Muscarello**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**October 26, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Vision Point of Sale, Inc.** / Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 7Hills Business Solutions<br>650 Washington Road<br>Suite# 200<br>Pittsburgh, PA 15228 | 7Hills Business Solutions<br>650 Washington Road<br>Suite# 200<br>Pittsburgh, PA 15228 | | | 21,535.32 |
| Acuity Global Llc<br>Po Box 325<br>Highland, MD 20777 | Acuity Global Llc<br>Po Box 325<br>Highland, MD 20777 | | | 29,565.00 |
| Big Y Food Inc.<br>2145 Roosevelt Avenue<br>Springfield, MA 01102 | Big Y Food Inc.<br>2145 Roosevelt Avenue<br>Springfield, MA 01102 | | | 50,000.00 |
| Blue Cross Blue Shield Of Illinois<br>P.O. Box 2039<br>Aurora, IL 60507-2039 | Blue Cross Blue Shield Of Illinois<br>P.O. Box 2039<br>Aurora, IL 60507-2039 | | | 45,147.63 |
| Carquest Inc.<br>2635 E. Millbrook Road<br>Raleigh, NC 27604 | Carquest Inc.<br>2635 E. Millbrook Road<br>Raleigh, NC 27604 | | | 35,000.00 |
| Cdw Direct, Llc<br>200 North Milwaukee Ave<br>Vernon Hills, IL 60061 | Cdw Direct, Llc<br>200 North Milwaukee Ave<br>Vernon Hills, IL 60061 | | | 15,711.19 |
| Contingent Network Services LLC<br>10008 International Blvd.<br>Cincinnati, OH 45246 | Contingent Network Services LLC<br>10008 International Blvd.<br>Cincinnati, OH 45246 | | | 25,108.61 |
| DecisionOne Corporation<br>P.O. Box 7777 W4140<br>Philadelphia, PA 19175 | DecisionOne Corporation<br>P.O. Box 7777 W4140<br>Philadelphia, PA 19175 | | | 33,097.80 |
| Euler Hermes ACI<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-1008 | Euler Hermes ACI<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117-1008 | | | 18,860.56 |
| Fedex<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Fedex<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | | | 41,771.11 |
| Millennium, LLC.<br>1306 South Wolf Road<br>Wheeling, IL 60090 | Millennium, LLC.<br>1306 South Wolf Road<br>Wheeling, IL 60090 | | | 15,597.06 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Vision Point of Sale, Inc.**                                                      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Multi Solution P.O.S. Inc.<br>3212-3216 Ave. Jacques-Bureau<br>Laval, QC Canada H7P 0A9 | Multi Solution P.O.S. Inc.<br>3212-3216 Ave. Jacques-Bureau<br>Laval, QC Canada H7P 0A9 | | | 25,620.00 |
| Ncr Corporation<br>Parts Program Management<br>1611 S. Main Street, Sdc-2<br>Dayton, OH 45479 | Ncr Corporation<br>Parts Program Management<br>1611 S. Main Street, Sdc-2<br>Dayton, OH 45479 | | | 17,860.00 |
| Netsuite, Inc.<br>P.O. Box 45859<br>San Francisco, CA 94145-0859 | Netsuite, Inc.<br>P.O. Box 45859<br>San Francisco, CA 94145-0859 | | | 67,090.50 |
| Network Services International<br>P.O. Bpx 20053<br>520 Kerr St.<br>Oakville, ON Canada L6K3Y7 | Network Services International<br>P.O. Bpx 20053<br>520 Kerr St.<br>Oakville, ON Canada L6K3Y7 | | | 31,215.15 |
| OnForce<br>10 McGuire Road<br>Building 2<br>Lexington, MA 02421 | OnForce<br>10 McGuire Road<br>Building 2<br>Lexington, MA 02421 | | | 50,000.00 |
| Pos Remarketing Group, Inc.<br>1059 N. Old Rand Road<br>Wauconda, IL 60084 | Pos Remarketing Group, Inc.<br>1059 N. Old Rand Road<br>Wauconda, IL 60084 | | | 17,605.50 |
| Resolute Tap Services, LLC<br>37 West Center St. Suite# 301<br>Southington, CT 06489 | Resolute Tap Services, LLC<br>37 West Center St. Suite# 301<br>Southington, CT 06489 | | | 55,887.21 |
| Scan Source<br>P.O Box 890222<br>Charlotte, NC 28289-0222 | Scan Source<br>P.O Box 890222<br>Charlotte, NC 28289-0222 | | | 33,503.13 |
| Storemax, Ltd.<br>4 Elliot Park<br>Eastern Road<br>Aldershot, HANTS UK GU12 4TF | Storemax, Ltd.<br>4 Elliot Park<br>Eastern Road<br>Aldershot, HANTS UK GU12 4TF | | | 51,200.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Vision Point of Sale, Inc.**                                   Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 26, 2009**            Signature  **/s/ Frank Muscarello**
                                                 **Frank Muscarello**
                                                 **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

2W Technologies, LLC
P.O. Box 762
Meadville, PA 16335

Associated Business System
7440 SW Bonita Road
Portland, OR 97224

Carquest Inc.
2635 E. Millbrook Road
Raleigh, NC 27604

7Hills Business Solutions
650 Washington Road
Suite# 200
Pittsburgh, PA 15228

Barcode Trading Post
1400 10Th Street
Plano, TX 75074

Cbeyond Communications
13474 Collections Center Drive
Chicago, IL 60693

Acuity Global Llc
Po Box 325
Highland, MD 20777

Big Y Food Inc.
2145 Roosevelt Avenue
Springfield, MA 01102

Cdw Direct, Llc
200 North Milwaukee Ave
Vernon Hills, IL 60061

AFLAC
1932 Wynnton Road
Columbus, GA 31999-0797

Blue Cross Blue Shield Of Illinois
P.O. Box  2039
Aurora, IL 60507-2039

Chain Store Guide
Po Box 31203
Tampa, FL 33631-3203

Agilysys, Inc.
740 Hearst Ave.
Berkeley, CA 94704

Bonus Building Care  / Douglas Ventures
1880 W. Fullerton
Building A
Chicago, IL 60614

Champion Container Corporation
430 Wrightwood
Elmhurst, IL 60126

Air Services Unlimited, Inc.
P.O. Box 91946
Elk Grove Village, IL 60009

Brulin & Company
P.O. Box 1627
Indianapolis, IN 46206-1627

Charles Schwab Trust Company
P.O. BOX 202770
Austin, TX 78720

America Ii
2600 118Th Ave. N.
St. Petersburg, FL 33716

BSquare
110 - 110th Ave NE - Suite 200
Bellevue, WA 98004

Chico & Nunes, P.C.
333 West Wacker Drive
Suite#1800
Chicago, IL 60606

American First Aid Services, Inc.
784 Church
Elgin, IL 60123

Buildingstars CHI Operations, Inc.
11489 Page Service Drive
St.Louis, MO 63146-3529

CIT Technology Fin Serv, Inc.
21146 Network Place
Chicago, IL 60673-1211

American Micro Computer Center
20725 Ne 16 Avenue
Unit A6
Miami, FL 33179

C. H. Robinson Worldwide, Inc.
P.O. Box 9121
Minneapolis, MN 55480-9121

Clarity Imaging Technologies Inc.
PArk 80 West, Plaza 2, 4th floor
Saddle Brook, NJ 07663

Arrow Electronics
6675 Parkland Blvd
Solon, OH 44139

Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Clifton Gunderson LLP
1301 West 22nd Street
Suite# 1100
OakBrook, IL 60523

CNA Surety
101 S Phillips
Sioux Falls, SD 57104

DecisionOne Corporation
P.O. Box 7777 W4490
Philadelphia, PA 19175

Fentek Industries
1042 N. Main St.
Cottonwood, AZ 86326

Cogs Enterprises, Inc
P.O. Box 1391
Arlington Hts., IL 60006

DSV Air & Sea Inc.
1300 N. Arlington Heights Road
Suite# 150
Itasca, IL 60143

Field Nation, LLC
2303 Kennedy St. NE
Suite# 100
Minneapolis, MN 55413

Comed
Bill Payment Center
Chicago, IL 60668-0001

EA Logistics
P.O. Box 66459
O'Hare Field
Chicago, IL 60666-0459

Field Solutions, LLC
5775 Wayzata Boulevard
Suite# 955
Minneapolis, MN 55416

Command Transportation, LLC
2633 Paysphere Circle
Chicago, IL 60674

Echo Global Logistics Inc.
22168 Network Place
Chicago, IL 60673-1221

First Choice Coffee Services
3535 Commercial Avenue
Northbrook, IL 60062-1848

Computer Plus Sales & Service Inc
5 NORTHWAY COURT
GREER, SC 29651

Electronic Business Products Inc
P.O. BOX 926
Latham, NY 12110-0926

First Data
P.O. Box 2025
Englewood, CO 80150

ComputerPlus Sales & Service Inc.
5 Northway Court
Greer, SC 00029-6651

Envision Sustainability Tools Inc.
One Alexander Street
Suite 300
Vancouver, BC Canada V6A 1B2

Frank Muscarello
1903 North Howe Street
Chicago, IL 60614

Concert Group Logistics, Inc
5052 Reliable Parkway
Chicago, IL 60686-0050

Euler Hermes ACI
800 Red Brook Blvd.
Owings Mills, MD 21117-1008

Global Technology Systems, Inc.
1 Apple Hill Drive
Pmb #8007
Natick, MA 01760

Conference Plus, Inc.
8153 Solutions Center
Chicago, IL 60677-8001

Fed Ex Freight
4103 Collection Center Drive
Chicago, IL 60693

Great Northern Corporation
1800 South Street
Racine, WI 53404

Contingent Network Services LLC
10008 International Blvd.
Cincinnati, OH 45246

Fedex
P.O. Box 94515
Palatine, IL 60094-4515

Hanover Insurance Co.
P.O. Box 4031
Woburn, MA 01888-4031

Data Capture Solutions
Po Box 33012
Hartford, CT 06150

FedEx National LTL
P.O. Box 95001
Lakeland, FL 33804-5001

Hertz Corporation
P.O. Box 121124
Dallas, TX 75312-1124

Hinckley Springs Water Company
P.O. Box 660579
Dallas, TX 75266-0579

Kent H. Landsberg Lombard
Po Box 201526
Dallas, TX 75320-1526

Mesirow Financial, Inc.
One Oakbrook Terrace
Oakbrook Terrace, IL 60181

Honeywell Batteries
Global Technology Systems Inc
One Apple Hill Suite 203
Natick, MA 01760-1172

Key Service Inc.
3921 West Point Blvd.
3921 West Point Blvd.
Winston-Salem, NC 27103

MetLife Small Business Center
P.O. Box 804466
Kansas City, MO 64180-4466

Imperial Logistics Inc.
7667 Rue Cordner
Lasalle, QC Canada H8N 2X2

Key Services
3921 West Point Blvd.
Winston, NC 27103

Midwest Time Recorder Inc.
7964 S. Madison Street
Burr Ridge, IL 60527

Ingram Micro Inc.
12510 Micro Drive
Mira Loma, CA 91752

Keystone Business Products INC
2298 brodhead road
bethlehem, PA 18020

Millennium, LLC.
1306 South Wolf Road
Wheeling, IL 60090

Inline Internet Systems Inc.
20 Marlatts Road
Thorold, ON Canada L2V 1N1

Kiosk Information Systems
346 South Arthur Avenue
Louisville, CO 80027

Multi Solution P.O.S. Inc.
3212-3216 Ave. Jacques-Bureau
Laval, QC Canada H7P 0A9

International Laser Products Inc
301 North Third Ave
Des Plaines, IL 60016

Livingston International, Inc.
P.O. Box 490
Buffalo, NY 14225

National Imaging Systems
P.O. Box  3395
Van Nuys, CA 91407

Ireland Heating & Air Conditioning
28290 Ballard Drive
Lake Forest, IL 60045-4505

MB Financial
6201 W. Dempster St.
Morton Grove, IL 60053

Ncr Corporation
Parts Program Management
1611 S. Main Street, Sdc-2
Dayton, OH 45479

Iron Mountain Information Mgmnt
P.O. Box 27128
New York, NY 10087-7128

Mckenzie Hughes Computer Ltd.
11 Westbourne Road
Broomhill, SHEFFIELD UK S10 2QQ

Netsuite, Inc.
P.O. Box 45859
San Francisco, CA 94145-0859

K & M Printing Co, Inc.
1410 North Meachman Road
Schaumburg, IL 60173

Mcmaster-Carr
600 County Line Road
Elmhurst, IL 60126

Network Services International
P.O. Bpx 20053
520 Kerr St.
Oakville, ON Canada L6K3Y7

K C Pest Control
1800 Clarence Ave
Berwyn, IL 60402

Memory World
1390 Industrial Blvd
Unit 6R
Southampton, PA 18966

New Age Transportation
1881 Rose Road
Lake Zurich, IL 60047

| | | |
|---|---|---|
| New Edge Networks<br>3000 Columbia House Blvd<br>Suite #106<br>Vancouver, WA 98661 | Pc-Medic-Incorporated<br>1580 N. Northwest Hgway<br>Suite 311-B<br>Park Ridge, IL 60068 | Resolute Tap Services, LLC<br>37 West Center St.  Suite# 301<br>Southington, CT 06489 |
| Nicor Gas<br>P.O. Box 416<br>Aurora, IL 60568-0001 | Pegasus Computer Marketing, Inc.<br>#12 Mustang Court<br>Forney, TX 75126 | Ricoh Americas Corporation<br>P.O. Box 4245<br>Carol Stream, IL 60197-4245 |
| North Shore Omega<br>9532 Eagle Way<br>Chicago, IL 60678 | Pitney Bowes Global Financial Srv. LLC<br>P.O. Box 856460<br>Louisville, KY 40285-6460 | Root Consulting, Inc.<br>P.O. Box  130971<br>Houston, TX 77219 |
| Northshore University Healthsystem<br>23056 Network Place<br>Chicago, IL 60673-1230 | Pos Concepts Consulting Llc<br>1003 Hilwood Avenue Suite 100<br>Falls Church, VA 22042 | Saia Motor Freight Line, Inc.<br>P.O. Box 730532<br>Dallas, TX 75373-0532 |
| OEM Telematics Services<br>Dept.# 77989<br>P.O. Box 77000<br>Detroit, MI 48277-0989 | Pos Remarketing Group, Inc.<br>1059 N. Old Rand Road<br>Wauconda, IL 60084 | Scan Source<br>P.O Box 890222<br>Charlotte, NC 28289-0222 |
| OEMPCWORLD<br>2800 Bowers Ave<br>Santa Clara, CA 95051 | Primary Resources<br>550 Palwaukee Dr<br>Wheeling, IL 60090 | Silver & Mishkin, LLC<br>400 Skokie Boulevard<br>Suite #850<br>Northbrook, IL 60062 |
| Ohio National Life<br>P.O. Box  641004<br>Cinti, OH 45264-1004 | Priority Solutions International<br>P.O. Box 100973<br>Atlanta, GA 30384-0973 | SMF Consulting, Inc.<br>1439 S. Michigan Avenue<br>Suite#508<br>Chicago, IL 60605 |
| OnForce<br>10 McGuire Road<br>Building 2<br>Lexington, MA 02421 | Quiksilver, Inc.<br>15202 Graham Street<br>Huntington Beach, CA 92649 | Source One Computer<br>8629 Jefferson Highway<br>Osseo, MN 55369 |
| Pamco Label Co Inc.<br>2200 S. Wolf Rd<br>Des Plaines, IL | Randall Nipper<br>1309 Canterbury<br>Libertyville, IL 60048 | Spc International, Ltd.<br>Attn:Nick Mason<br>Units 1-3 Station Road<br>Templecombe, SUMMERSET UK BA |
| Partstock Computer Solutions<br>504 Se Malcom Avenue<br>Suite 500<br>Minneapolis, MN 55414 | Regus Management Group LLC<br>P.O. Box 842456<br>Dallas, TX 75284-2456 | Staples<br>100 Hadden Drive<br>Montgomery, NY 12599 |

Store Systems & Technology, Inc.
5336 East Ave
Countryside, IL 60525

Transx L/Td
P.O. Box 36 Group 200
R.R.2
WINNIPEG, MB Canada R3C 2E6

Zurich North America
8712 Innovation Way
Chicago, IL 60682-0087

Storemax, Ltd.
4 Elliot Park
Eastern Road
Aldershot, HANTS UK GU12 4TF

U.S. Postal Service
1400 Patroit Blvd
Glenview, IL 60025-9998

Stride and Associates
11 East Adams St.  8th Floor
Chicago, IL 60025

Ups Freight
LOCKBOX 577
Carol Stream, IL 60132-0577

Team One Repair
1911 Satellite Blvd., Suite 100
Buford, GA 30518

Ups Supply Chain Solutions, Inc
Attn Customs Brokerage Services
Chicago, IL 60673-1280

TechnoDirect
701 Brickell Avenue Suite 1550
Miami, FL 33131

Veolia Es Solid Waste Midwest Inc.
Po Box 6484
Carol Stream, IL 60197-6484

Tekserve Inc.
9400-14 Randsell Rd
Raleigh, NC 27603

Vistage Worldwide, Inc.
File 57158
Los Angeles, CA 90074-7158

Total TEK International LLC
2129 Tempel Dr
Libertyville, IL 60048

Vonne Technologies
450 Airport Road
Suite# 104
Elgin, IL 60123

Totem Building Supplies
6920 29th Ave NW
Calgary, AB Canada T3B0J4

Webshare, LLC
16808 S. 24TH Place
phoenix, AZ 85048

Town of Southington Tax Collector
P.O. Box 579
Southington, CT 06489-0579

Wells Fargo Financial Capital Finance
P.O. Box 7777
San Francisco, CA 94120-7777

Transaction Data Systems, Inc.
7736 West 78Th Street
Bloomington, MN 55439

Yale Equipment & Services, Llc
W136 N4901 Campbell Drive
Menomonee Falls, WI 53051-7054