IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Chapter 11
VISION POINT OF SALE, INC., ) Case No. 09-40250
) Judge Cox
debtor/debtor in possession. )

**ORDER (I) ESTABLISHING BIDDING PROCEDURES IN CONNECTION WITH SOLICITATION OF OFFERS FOR SALE OF ASSETS; (II) AUTHORIZING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS; (III) APPROVING FORM, MANNER, SCOPE AND SUBSTANCE OF NOTICE FOR PROPOSED SALE OF DEBTOR'S ASSETS; AND (IV) ESTABLISHING TIME AND DATE OF AUCTION, FINAL HEARING AND OBJECTION DEADLINE**

THIS MATTER COMING ON TO BE HEARD on the Motion of Vision Point of Sale, Inc., (the "Debtor") for Authority to A) Sell Assets Outside of Ordinary Course of Business; B) Establishing Sale Procedures; C) Set a Hearing Date on Sales; and D) Approve Form of Notice (the "Sale Motion"), due and proper notice having been given under the circumstances, and the Court being fully advised in the premises; and the Court finding that:[1]

(a) jurisdiction over this matter is proper;

(b) venue is proper in this Court;

(c) notice of the Sale Motion was sufficient under the circumstances;

(d) the bidding procedures attached to this Order as **Exhibit A** are reasonable and appropriate and are designed to maximize the recovery received from the Sale of the Assets; and

(e) it appearing that the relief requested in the Sale Motion is in the best interests of the Debtor and its estate.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Bidding Procedures attached to this Order as **Exhibit A** are hereby approved in their entirety.

2. A final hearing to consider approval of the Sale of the Assets of the Debtor shall be held before the Honorable Jacqueline P. Cox on December 17, 2009 at 9:30 a.m. in Room 619 at the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or as soon thereafter as counsel may be heard (the "Sale Hearing"). The Sale Hearing may be adjourned from time to time, without further notice to creditors or parties in interest other than by announcement in open Court or on the Court's calendar on the date schedules for the Sale Hearing.

3. The Form of Notice attached hereto as **Exhibit B** (the "Notice") is hereby approved and the Debtor is authorized to send the Notice in substantially the form attached hereto as **Exhibit B** to (a) the Office of the United States Trustee; (b) relevant taxing authorities, including the Internal Revenue Service; (c) all known creditors; (d) the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

official service list; (e) all parties reported to have filed with respect to the Debtor's UCC financing statement in Illinois; (f) counsel for PAF; and (g) all potential purchasers known by the Debtor.

4.     The Debtor is authorized to publish a notice substantially in the form of the sale notice attached hereto as **Exhibit C** in the Chicago Tribune, within seven (7) days following the entry of this Order.

5.     The Auction shall take place on December 16, 2009 at 10:00 a.m. (the "**Auction Date**") at the law offices of Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle St., Suite 3705, Chicago, Illinois 60603 (the "**Auction**"). Only PAF and Potential Purchasers who have timely submitted Qualified Bids shall be entitled to make bids at the Auction.

6.     PAF shall be deemed to be a Qualified Bidder and shall be entitled: (i) to participate in the Auction without submitting any prior bid, deposit, notice, or any other document; (ii) to exercise its credit bid rights under § 363(k) of the Bankruptcy Code at the Auction; and (iii) following the occurrence of an "Event of Default" as defined in the Interim Cash Collateral Order or any subsequently entered Final Cash Collateral Order, and subject to the terms thereof, to terminate the sale process without obligation to any Qualified Bidder. The sale proceeds shall be paid over to PAF at the Closing of the Sale.

7.     No later than December 10, 2009, the Debtor shall cause notice to be provided to all counter-parties (each, a "**Counter-Party**") to any executory contract or unexpired lease which the Debtor proposes to assume and assign as part of the Sale

(the "**Cure Notice**"), along with a copy of the Sale Procedures. Each Cure Notice shall set forth the following information: (i) the name and last known address of the Counter-Party, (ii) notice of the proposed effective date of the assignment, (iii) identification of the applicable contract, and (iv) the amount, if any, determined by the Debtor necessary to cure any existing default pursuant to Bankruptcy Code section 365 ("**Cure Amount**").

8.  Any party failing to file a timely objection to a Cure Amount or the assumption or assignment of the contract on or before December 15, 2009 at 5:00 p.m. shall be forever barred from objecting to such Cure Amount and from asserting any additional cure or other amounts against the Debtor, its estate, or the Successful Bidder with respect to its executory contract(s) or unexpired lease(s) and will be deemed to consent to the Sale and the proposed assumption and assignment of its executory contract(s) or unexpired lease(s). Only those executory contracts or unexpired leases which are specifically included in the Sale Order as being assumed and assigned shall be assumed and assigned to the Successful Purchaser.

9.  The deadline to object to the Sale and the assumption and assignment of any executory contracts or unexpired leases and to any Cure Amount is December 15, 2009 at 5:00 p.m. (the "**Objection Deadline**"). Objections or responses, if any, to the Sale shall (i) be in writing, (ii) state with specificity the nature of such objection; and (iii) be filed and served so that it is received by the following parties on or prior to the Objection Deadline: (i) Debtor's counsel, Crane, Heyman, Simon, Welch & Clar, 135 S. LaSalle St., Suite 3705, Chicago, Illinois 60603 Attn: Scott R. Clar; (ii) counsel to PAF Investments LLC, Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700,

Chicago, Illinois 60606, Attn: Jeffrey M. Schwartz; (iii) the Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604, Attn: Gretchen Silver.

10. This Order shall become effective immediately upon its entry.

11. This Court shall retain jurisdiction over any matter or dispute arising from or relating to implementation of this Order.

SO ORDERED this 3rd day of December, 2009

*Jacqueline P. Cox*
J·Cox
_____
Honorable Jacqueline P. Cox
United States Bankruptcy Judge

**DEBTOR'S COUNSEL**:
Scott R. Clar, Esq.
(Atty. No. 06183741)
David K. Welch, Esq.
(Atty. No. 06183621)
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114

CH01/ 25426716.2

## EXHIBIT A

## BID PROCEDURES

The following procedures (the "**Sale Procedures**") shall govern the auction (the "**Auction**") for the sale (the "**Sale**") of the assets (the "**Assets**") of Vision point of Sale, Inc. (the "**Debtor**") in a bankruptcy case pending in the United States Bankruptcy Court of the Northern District of Illinois (the "**Bankruptcy Court**"). The Sale Procedures set forth herein were approved by the Bankruptcy Court pursuant to an Order entered on December 2, 2009. Following the Auction, the Debtor will seek entry of an Order approving the Sale of the Assets to the Successful Bidder (as defined below) To participate in the Auction, an interested party must submit a "Qualified Bid" by the Bid Deadline and otherwise follow the Sale Procedures set forth herein.

- **Qualified Bid**. A proposal ("**Bid**") received from a potential purchaser ("**Potential Purchaser**") is a "**Qualified Bid**" if it:

    (i)   is received by the Bid Deadline (as defined below);

    (ii)  is accompanied by a proposed purchase and sale agreement setting forth the complete terms and provisions pursuant to which the Potential Purchaser agrees to be bound in order to consummate the sale without further contingency other than the entry of an order of the Bankruptcy Court approving the sale;

    (iii) is not subject to any contingencies, due diligence or financing conditions or board or other approval;

    (iv)  is accompanied by a certified or bank check, payable to the Debtor's counsel, as escrowee, a good faith deposit of not less than $100,000 ("**Required Deposit**");

    (v)   includes written evidence of an unconditional commitment for financing (by a creditworthy bank of financial institution that shall provide such financing without alteration of conditions or delay) or other evidence of ability, as determined in the reasonable business judgment of the Debtor, to consummate the transaction; and

    (vi)  fully discloses the identity of each entity that will be bidding for the Sale Assets or otherwise participating in connection with such bid, and the complete terms of any such participation.

- **Bid Deadline**. A Potential Bidder that desires to make a Bid must deliver written copies of its offer, to (i) counsel to the Debtor, Crane, Heyman, Simon, Welch & Clar, 135 S. LaSalle St., Suite 3705, Chicago, Illinois 60603 Attn: Scott R. Clar,

and (ii) counsel to PAF Investments LLC, Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago Illinois 60606, attn: Jeffrey M. Schwartz, so that the Bid is actually received by 3:00 p.m. prevailing Central Time on December 15, 2009.

- **Auction Procedure.** The Debtor shall conduct an auction on December 16, 2009 at 10:00 am. (prevailing Central Time) (the "**Auction Date**") at the law offices of Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle St., Suite 3705, Chicago Illinois 60603 (the "**Auction**"). Only PAF and any Qualified Bidders who have timely submitted Qualified Bids shall be entitled to make any bids at the Auction. Except for any bid by PAF, no Bids shall be considered by the Debtor from a Potential Purchaser unless such Potential Purchaser has submitted a Qualified Bid.

- **Credit Bid.** PAF shall be deemed to be a Qualified Bidder and shall be entitled: (i) to participate in the Auction without submitting any prior bid, deposit, notice, or any other document; (ii) to exercise its credit bid rights under § 363(k) of the Bankruptcy Code at the Auction; and (iii) following the occurrence of an "Event of Default" as defined in the Interim Cash Collateral Order or any subsequently entered Final Cash Collateral Order, and subject to the terms thereof, to terminate the sale process without obligation to any Qualified Bidder.

- **Opening Bid.** At the inception of the Auction, the Qualified Bid the Debtor, after consultation with PAF, deems to be the highest and/or best initial Qualified Bid(s) shall be designated the "**Opening Bid.**" The Qualified Bids of all other Potential Purchasers thereafter wishing to bid shall follow in the prescribed increments over the Opening Bid.

- **Minimum Overbid.** The initial increment above which Bids at the Auction must be made shall be five percent (5%) above the Opening Bid. Increments of all subsequent Bids shall be fixed at the time of and during the Auction by the Debtor with PAF's approval.

- **Successful Bidder.** At the conclusion of the Auction, the Debtor in consultation with PAF shall identify the highest and best Bid (the "**Successful Bid**") and the Qualified Bidder making such Bid (the "**Successful Bidder**"). The Debtor shall promptly seek confirmation that such Qualified Bidder is the Successful Bidder and that such proposal is the Successful Bid at the hearing to be held before the Bankruptcy Court.

- **Return of Deposit.** All deposits, but excluding the Required Deposit of the Successful Bidder, shall be returned within three (3) business days after the closing of the Sale to the Successful Bidder.

- **No Representations or Warranties.** The Sale Assets shall be purchased on an "as is, where is" basis, with no representations or warranties (express or implied) of any kind or nature whatsoever, other than a representation and warranty as to

title to the assets and such other customary and usual representations and warranties.

- **Bid may be for all or a portion of the assets.** Bids may be submitted for all or a portion of the assets and may be submitted for specific lots of assets.

- **Closing.** The closing shall take place at the offices of the Debtor's counsel at the address set forth below, the day after the entry of the Sale Order (as defined below) becomes final and non-appealable or such other earlier date as the parties may agree.

- **Sale Subject to Court Approval.** The sale contemplated herein shall be subject to the entry of an order by this Court (i) approving the sale and transfer of the Assets to the winning bidder, free and clear of any and all liens, claims, and encumbrances of any kind or nature whatsoever to the extent permitted by law (other than permitted liens agreed to by the parties), with any and all valid liens, claims and encumbrances attaching to the sales proceeds at closing and (ii) containing a finding that the purchaser is a good faith purchaser pursuant to Section 363(m) (the "Sale Order").

- **Assumption of Liabilities.** The purchaser shall not be obligated to assume or be responsible for any of the Debtor's liabilities or obligations existing as of the closing, excluding only (i) those liabilities and obligations of the Debtor which the successful purchaser specifically agrees in writing and in its sole discretion to assume, (ii) the Debtor's post-closing obligations under any equipment leases actually assigned to the purchaser.

- **Additional Information.** Additional information regarding the Sale or the Sale Procedures may be obtained by contacting counsel for the Debtor at the address set forth below:

> Scott R. Clar, Esq.
> David K. Welch, Esq.
> Jeffrey C. Dan, Esq.
> Crane, Heyman, Simon, Welch & Clar
> 135 South LaSalle Street, Suite 3705
> Chicago, IL 60603
> TEL: (312) 641-6777
> FAX: (312) 641-7114

## EXHIBIT B

## NOTICE TO CREDITORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| VISION POINT OF SALE, INC., | ) Case No. 09-40250 |
| | ) Judge Cox |
| debtor/debtor in possession. | ) |

### NOTICE OF (I) SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; (II) SOLICITATION OF BIDS; (III) AUCTION; AND (IV) SALE HEARING

1. On December 2, 2009, the United States Bankruptcy Court for the Northern District of Illinois (the "**Bankruptcy Court**") entered an Order (I) Establishing Bidding Procedures in Connection with Solicitation of Offers for Sale of Assets; (ii) Authorizing Procedures for the Assumption and Assignment of Certain Executory Contracts; (III) Approving Form, Manner, Scope and Substance of Notice for Proposed Sale of Debtor's Assets, and (IV) Establishing Time and Date of Auction, Final Hearing and Objection deadline (the "**Bid Procedures Order**"), which among other things, established bidding procedures (the "**Sale Procedures**"), which govern the manner in which the assets (the "**Assets**") of Vision Point of Sale, Inc. (the "**Debtor**") will be sold. All capitalized terms used but not defined herein shall have the meanings assigned to them in the Bid Procedures Order. A copy of the Bid Procedures Order (without exhibits) along with a copy of the Sale Procedures are being served on you concurrently with this Sale Notice.

2. The Debtor will sell the Assets in bulk, lots or piecemeal to the Successful Bidder free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. §363.

3. All interested parties are invited to make offers to purchase all or some of the Assets in bulk, lots or piecemeal, in accordance with the terms and procedures set forth in the Sale Procedures.

4. In accordance with the Sale Procedures, (i) the Debtor will conduct an auction for the Assets on December 16, 2009 at 10:00 a.m. at the offices of Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle St., Suite 3705, Chicago, Illinois 60603, or such other time or other place as the Debtor shall notify all Qualified Bidders.

5.  Participation at the Auction is subject to the Sale Procedures and Bid Procedures Order. Any person that wishes to participate in the bidding process must become a "Qualified Bidder." The procedures for becoming a Qualified Bidder are set forth in the Sale Procedures. A Qualified Bidder that desires to make a bid must deliver written copies of its offer to Debtor's counsel, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle St., Suite 3705, Chicago, Illinois 60603 Attn: Scott R. Clar; (ii) counsel to PAF Investments LLC, Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60661, Attn: Jeffrey M. Schwartz so that the offer is actually received by 3:00 p.m. Central Daylight Time on December 15, 2009 (the "**Bid Deadline**").

6.  A hearing at which the Debtor will seek approval and authorization of the Sale to the Successful Bidder (the "**Sale Hearing**") is scheduled to be held on December 17, 2009 at 9:30 a.m. before the Honorable Jacqueline P. Cox in Room 619 at the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or as soon thereafter as counsel may be heard. The hearing may be continued from time to time without further notice other than by announcement in open court or on the Court's calendar on the date scheduled for the Sale Hearing.

7.  Objections or responses, if any, to the Sale must (i) be in writing, (ii) state with specificity the nature of such objection; (iii) be filed with the Bankruptcy Court before December 15, 2009 at 5:00 p.m. (the "**Objection Deadline**"); and (iv) served so that it is actually received by the following parties on or prior to the Objection Deadline: (i) Debtor's Counsel, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle St., Suite 3705, Chicago, Illinois 60603 Attn: Scott R. Clar; (ii) counsel to PAF Investments LLC, Drinker Biddle & Reath LLP, 191 N. Wacker Drive, Suite 3700, Chicago, Illinois 60606, Attn: Jeffrey M. Schwartz; (iii) the Office of the U. S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604, Attn: Gretchen Silver.

8.  This Notice is qualified in its entirety by the Bid Procedures Order.

9.  Additional information regarding the Sale or the Sale Procedures may be obtained by contacting counsel for the Debtor, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle St., Suite 3705, Chicago, Illinois 60603 Attn: Scott R. Clar.

CH01/ 25426710.2

# EXHIBIT C
## PUBLICATION NOTICE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| VISION POINT OF SALE, INC., ) | Case No. 09-40250 |
| ) | Judge Cox |
| debtor/debtor in possession. ) | |

### NOTICE OF (I) SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES ; (II) SOLICATION OF BIDS; (III) AUCTION; AND (IV) SALE HEARING

1. On December 2, 2009, the United States Bankruptcy Court for the Northern District Of Illinois (the "**Bankruptcy Court**") entered an Order (the "**Bid Procedures Order**") establishing bidding procedures (the "**Sale Procedures**"), which govern the manner in which the assets (the " Assets") of Vision Point of Sale, Inc. (the "**Debtor**") will be sold.

2. The Debtor will offer for sale the Assets in bulk, lots or piecemeal free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. §363.

3. All interested parties are invited to make offers to purchase all or some of the Assets in accordance with the terms and procedures set forth in the Sale Procedures.

4. In accordance with the Sale Procedures, (i) the Debtor will conduct an auction for the Assets on December 16, 2009 at 10:00 a.m. at the Debtor's counsel's offices (see below for address).

5. Any person that wishes to participate in the bidding process must become a "Qualified Bidder." The procedures for becoming a Qualified Bidder are set forth in the Sale Procedures. A Qualified Bidder that desires to make a bid must deliver written copies of its offer by 3:00 p.m. on December 15, 2009 (the "**Bid Deadline**") in accordance with the Sale Procedures.

6. A hearing at which the Debtor will seek approval and authorization of the Sale to the Successful Bidder (the "**Sale Hearing**") is scheduled to be held on December 17, 2009 at 9:30 a.m. before the Honorable Jacqueline P. Cox in Room 619 at the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois. The hearing may be continued from time to time without further notice other than by announcement in open court.

7. Objections or responses, if any, to the Sale must (i) be in writing, (ii) state with specificity the nature of such objection; (iii) be filed with the Bankruptcy Court before December 15, 2009 at 5:00 p.m. (the "**Objection Deadline**"); and (iv) served in accordance with the Sale Procedures.

8. This Notice is qualified in its entirety by the Bid Procedures Order.

9. The Sale Procedures and additional information regarding the Sale or the Sale Procedures may be obtained by contacting counsel for the Debtor, Crane, Heyman, Simon, Welch & Clar, 135 S. LaSalle St., Suite 3705, Chicago, Illinois 60603 Attn: Scott R. Clar.

CH01/ 25426517.1